# Court of Appeals
# of the State of Georgia

ATLANTA,    August 14, 2014

*The Court of Appeals hereby passes the following order:*

**A14I0195.  ADAM GLASLOWITZ, et al. v. STABILIS FUND I, LP.**

Adam Glaslowitz, et al., filed an application for interlocutory review, but failed to include a copy of the certificate of immediate review.  Accordingly, on June 11, 2014, we dismissed the application. Glaslowitz subsequently filed a motion for reconsideration, and provided a copy of the certificate.

Under these circumstances, it is now clear that the application was timely filed within 10 days of entry of the certificate of immediate review.  Accordingly, the motion for reconsideration is hereby GRANTED, and the application is REINSTATED.

As to the merits, Glaslowitz is seeking review of the trial court's order requiring him to pay a supersedeas bond pending appeal from a grant of summary judgment.  See Case No. A14A2029.  As part of that appeal, Glaslowitz may enumerate as error any other judgments, rulings, or orders rendered in the case and which may affect the proceedings below.  See *Southeast Ceramics, Inc. v. Klem*, 246 Ga. 294 (1) (271 SE2d 199) (1980).  Because this application seeks review of an order that is subject to appellate review, it is hereby GRANTED.  Glaslowitz shall have ten days from the date of this order to file a notice of appeal if he has not already done so.  The clerk of the superior court is directed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 08/14/2014
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*